

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00784-CV

**IN RE AUTOZONE TEXAS, L.P.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Sandee Bryan Marion, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  November 26, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On November 12, 2014, relator filed a petition for writ of mandamus complaining of the trial court's denial of relator's request to conduct an independent medical examination of the plaintiff in the underlying personal injury case. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-04216, styled *Lucio Herrera v. Autozone Texas, L.P., Individually and d/b/a Autozone*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Gloria Saldaña presiding.